IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LARRY GIRALDES,<br><br>               Plaintiff,<br><br>       v.<br><br>JEFFREY A. BEARD,<br><br>               Defendant. | 2:14-cv-1780-CKD P<br><br>ORDER |

   GOOD CAUSE HAVING BEEN SHOWN, the parties' joint stipulation for an extension of time to complete discovery is granted.  The parties may conduct discovery until March 29, 2015. Any motions necessary to compel discovery shall be filed by that date.

   All other scheduling deadlines remain unchanged.

Dated:  February 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE