1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY GIRALDES,                          No. 2:14-cv-1780 CKD P

12              Plaintiff,

13        v.                                  ORDER APPOINTING COUNSEL

14   JEFFREY BEARD,

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action

18   pursuant to 42 U.S.C. § 1983.  On February 26, 2015, plaintiff filed a motion to appoint counsel.

19   (ECF No. 17.)  The court finds that the appointment of counsel is warranted.  Alan J. Reinach has

20   been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to

21   be appointed.  In light of this development, the court will vacate the March 29, 2015 discovery

22   deadline to allow the parties' counsel to meet and confer on a proposed discovery schedule.

23        Accordingly, IT IS HEREBY ORDERED that:

24        1.  Plaintiff's motion for the appointment of counsel (ECF No. 17) is granted.

25        2.  Alan J. Reinach is appointed as counsel in the above entitled matter.

26        3.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

27            spark@caed.uscourts.gov if he has any questions related to the appointment.

28        4.  The Clerk of the Court is directed to serve a copy of this order upon Alan J. Reinach,

                                              1

Church State Council, 2686 Townsgate Road, Westlake Village, California 91361.

5.  The March 29, 2015 discovery deadline is hereby vacated.  Within thirty days of this order, the parties shall notify the court of any jointly proposed discovery schedule or their failure to reach agreement on same.

Dated:  March 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE