UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. 2:14-cv-1780 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, | |
| Defendant. | |

On March 11, 2015, this court granted plaintiff's request for appointment of counsel. (ECF No. 18.) On the same day, two pro se motions by plaintiff were docketed. (ECF Nos. 19 & 21.) In light of the circumstances, the court will vacate these motions without prejudice to renewal, so that plaintiff may consult with his attorney before deciding how to proceed in this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for preliminary injunction (ECF No. 19) and motion to compel (ECF No. 21) are denied without prejudice to renewal.

Dated: March 30, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / gira1780.ord