IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Larry Giraldes

           Plaintiff(s)

vs.

Jeffrey Beard

           Defendants.

No. 2:14-cv-01780-CKD

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Alan J. Reinach, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on March 10, 2015, by the Honorable Carolyn K. Delaney, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

1. Obtain an expert witness report with respect to Christian religious teachings and laws concerning marriage, and the importance of consummation, as well as physical, emotional and spiritual intimacy nurtured during private time;
2. One or two visits to Plaintiff to secure his declaration in support of his MSJ.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 3,000.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:14-cv-01780-CKD

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $2,000 | Expert Witness Fee / report | |
| $1000 | Travel budget for two (2) trips to Sacramento from southern California | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of July, 20 15, at Thousand Oaks, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved   _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 7/13/2015

*[signature]*

United States District Judge/Magistrate Judge

**Carolyn K. Delaney**
**U.S. Magistrate Judge**