UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY BEARD,<br><br>        Defendant. | No.  2:14-cv-1780 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  Plaintiff was appointed counsel on March 11, 2015.  (ECF No. 18.)  On July 15, 2015, plaintiff filed a motion for substitution of counsel.  (ECF No. 29.)  He asserts that "serious and irreconcilable conflict" exists between him and his attorney.  (Id.)  Plaintiff further asserts that "[t]he outcome desired by counsel, and the outcome desired by plaintiff, are at odds" and requests that the court appoint another attorney to represent him.  (Id.)

The decision of the court to allow a motion for substitution or withdrawal of counsel is discretionary.  United States v. Carter, 560 F.3d 1107, 1113 (9th Cir. 2009).  However, court discretion must be based on an inquiry into the request for substitute counsel.  United States v. Musa, 220 F.3d 1096, 1102 (9th Cir. 2000).  The Ninth Circuit held that a lack of any inquiry is an abuse of discretion.  United States v. Ibanez-Espinosa, 284 F. App'x 490, 492 (9th Cir. 2008).

////

1  Accordingly, IT IS HEREBY ORDERED THAT within thirty days of the date of this
2  order, plaintiff's counsel will file a response to plaintiff's assertions.
3  Dated: August 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8  2/gira1780.atty

2