UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY BEARD,<br><br>        Defendant. | No.  2:14-cv-1780 CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, has filed a pro se motion for preliminary injunction. (ECF No. 33.) The court recently denied plaintiff's motion for substitution of counsel, determining that it would be in plaintiff's best interest to retain his court-appointed attorney. (ECF No. 32.) As long as plaintiff is represented by counsel, the court will disregard his pro se filings, except as they pertain to the retention of counsel. (See id., n.1.)

Accordingly, IT IS HEREBY ORDERED THAT plaintiff's pro se motion for preliminary injunction (ECF No. 33) is denied.

Dated: September 2, 2015

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/gira1780.prose