IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LARRY GIRALDES,<br><br>                              Plaintiff,<br><br>        v.<br><br>JEFFREY A. BEARD,<br><br>                              Defendant. | No. 2:14-cv-1780 CKD P<br><br>ORDER |

Good cause having been shown, the parties' joint motion to modify the scheduling order (ECF No. 37) is GRANTED. The parties may conduct discovery until December 31, 2015. Any motions to compel discovery shall be filed by that date.

The deadline for filing dispositive motions is also extended by an additional sixty days. Dispositive motions shall be filed on or before February 15, 2016.

All other scheduling deadlines remain unchanged.

IT IS SO ORDERED.

Dated: October 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE