IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES,<br><br>              Plaintiff,<br><br>      v.<br><br>JEFFREY BEARD,<br><br>              Defendant. | No. 2:14-cv-01780 CKD P<br><br><br>ORDER |

Good cause appearing, the hearing on Plaintiff's Motion for Preliminary Injunction is hereby continued to June 22, 2016, at 10:00 a.m. in Courtroom 24.

Defendant's Opposition is due on or before May 18, 2016; and

Plaintiff's Reply, if any, is due on or before June 1, 2016.

IT IS SO ORDERED.

Dated: April 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE