IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY GIRALDES, | | No. 2:14-cv-1780 CKD P |
| | Plaintiff, | ORDER |
| v. | | |
| JEFFREY BEARD, | | |
| | Defendant. | |

The Court having considered the parties' stipulation, and good cause appearing the briefing schedule for Defendant's motion for summary judgment (ECF No. 54) is modified as follows:

1. Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed on or before November 28, 2016; and

2. Defendant's reply, if any, shall be filed on or before December 12, 2016.

IT IS SO ORDERED.

Dated: October 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE