UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. 2:14-cv-1780 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, | |
| Defendant. | |

Plaintiff, a state prisoner represented by appointed counsel, has filed a document asserting that undisputed evidence concerning a disciplinary conviction is not accurate, and that this bears on the pending motion for summary judgment. (ECF No. 63.) Generally, the court disregards pro se filings by a represented party and will continue to do so. However, to clarify the record on summary judgment, the court will direct plaintiff's counsel to address plaintiff's March 6, 2017 filing, specifically to inform the court whether the record should be augmented or corrected in some way. Cooperation between the parties is encouraged, such that if any correction to the record is undisputed, plaintiff's counsel shall so state.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
2  order, plaintiff's appointed counsel will file a brief response to plaintiff's March 6, 2017 filing.
3  Dated: March 15, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9  2/gira1780.ord(4)